# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

138138

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MACHINING ENTERPRISES, INC., a/k/a
ENTERPRISE AUTO SYSTEMS,
      Plaintiff-Appellant,

v

WAUSAU BUSINESS INSURANCE
COMPANY and AMERICAN ALTERNATIVE
INSURANCE COMPANY,
      Defendants-Appellees,
and

STEVEN RODTS,
      Defendant.

SC: 138138
COA: 277950
Oakland CC: 2004-056494-CK

_____/

      On order of the Court, the application for leave to appeal the December 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

0518

_____
Clerk